# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

### 17-667 c/w 17-666

CORY MOUTON

VERSUS

AAA COOPER TRANSPORTATION,
ET AL.

CONSOLIDATED WITH

LINDA MOUTON

VERSUS

AAA COOPER TRANSPORTATION,
ET AL.

**\*\*\*\*\*\*\*\*\*\***

## APPEAL FROM THE
## FIFTEENTH JUDICIAL DISTRICT COURT
## PARISH OF LAFAYETTE, NO. 2015-0466 C/W 2015-0463, DIV. F
## HONORABLE DAVID M. SMITH, DISTRICT JUDGE

**\*\*\*\*\*\*\*\*\*\***

## VAN H. KYZAR

## JUDGE

**\*\*\*\*\*\*\*\*\*\***

Court composed of John E. Conery, Van H. Kyzar, and Candyce G. Perret, Judges.

**APPEAL SUSPENDED.**
**REMANDED WITH INSTRUCTIONS.**

**David C. Laborde**
**Jeff D. Easley**
**Laborde Earles Law Firm, LLC**
**Post Office Box 80098**
**Lafayette, Louisiana 70598-0098**
**Counsel for Plaintiffs/Appellees:**
  **Linda Mouton and Corey Mouton**

S. Daniel Meeks
Nicholas J. Lorusso
Phyllis E. Glazer
Kristen E. Meeks
Meeks & Associates, LLC
3401 West Esplanade Avenue, South
Suite 3
Metairie, Louisiana 70002
Counsel for Defendants/Appellants:
AAA Cooper Transportation, Inc.; Arthur Huguley; and Ace American Insurance
Company

**KYZAR, Judge.**

For the reasons set forth in the companion and consolidated case hereto, *Mouton v. AAA Cooper Transp.*, 17-666 (La.App. 3 Cir. __/__/__), ___ So.3d ___, this court will not exercise its supervisory jurisdiction but will suspend the appeal and remand this matter to the trial court with instructions to sign a judgment containing proper decretal language, including the names of the parties against whom the judgment is rendered (with a specification of the percentages of fault as assessed by the jury) and a specification of the increase in the award of general damages in the survival action (with a specification of the other damages awarded by the jury).[1] The Clerk of Court for the Fifteenth Judicial District Court shall forward the judgments so signed to this Court as a supplement to this appellate record.

**APPEAL SUSPENDED. REMANDED WITH INSTRUCTIONS.**

---

[1] The judgment should continue to contain the ruling on subrogation and the award of interest as set forth in the original October 31, 2016 judgment, and the taxing of costs for expert fees.